David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Milagros G. Randall*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Milagros G. Randall,<br><br>    Plaintiff,<br><br>v.<br><br>PLUSFOUR, INC; NAVY FEDERAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC,<br><br>    Defendants. | Case No. 2:16-cv-01662-JAD-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>TRANS UNION, LLC ONLY</u>** |

Plaintiff Milagros G. Randall and TRANS UNION, LLC hereby stipulates and agree that the above-entitled action shall be dismissed with prejudice in

…

…

…

…

…

…

accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, TRANS UNION, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:            December 13, 2016

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Jason Revzin, Esq.<br>Jason Revzin, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>6385 S. Rainbow Blvd.<br>Suite 600<br>Las Vegas, NV 89118<br>*Attorney for Defendant*<br>*TRANS UNION, LLC* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED:  December 19, 2016