David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Milagros G. Randall*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Milagros G. Randall,<br><br>    Plaintiff,<br><br>v.<br><br>PLUSFOUR, INC; NAVY FEDERAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC,<br><br>    Defendants. | Case No. 2:16-cv-01662-JAD-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC ONLY**<br><br>ECF No. 29 |

  Plaintiff Milagros G. Randall and EXPERIAN INFORMATION SOLUTIONS, INC ("Experian") hereby stipulate and agree that the above-entitled

…

…

…

…

…

…

action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Experian**. Each party shall bear its own attorney's fees and costs of suit.

Dated: February 13, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Bob L. Olson, Esq. |
| David H. Krieger, Esq. | Bob L. Olson, Esq. |
| Nevada Bar No. 9086 | Snell & Wilmer, LLP |
| HAINES & KRIEGER, LLC | 3883 Howard Hughes Pwky. |
| 8985 S. Eastern Avenue | Suite 1100 |
| Suite 350 | Las Vegas, NV 89169 |
| Henderson, Nevada 89123 | *Attorney for Defendant EXPERIAN INFORMATION SOLUTIONS, INC* |
| *Attorney for Plaintiff* | |

## ORDER

Based on the parties' stipulation [ECF No. 29] and good cause appearing, **IT IS THEREFORE ORDERED that all remaining claims in this case are DISMISSED** with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey
U.S. District Judge
2/13/17